Leslie Bryan Hart, Esq. (SBN 4932)
Veronica A. Peterson, Esq. (SBN 13841)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228
lhart@fclaw.com; vpeterson@fclaw.com

*Attorneys for Subpoenaed Non-Party Western Asbestos Settlement Trust*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RAPID-AMERICAN CORPORATION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, et al.,<br><br>Defendants. | CASE NO.: 3:18-cv-00504-MMD-CBC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR WESTERN ASBESTOS SETTLEMENT TRUST TO RESPOND TO MOTION TO TRANSFER/MOTION TO COMPEL**<br><br>**(First Request)** |

Subpoenaed Non-Party Western Asbestos Settlement Trust ("Western") and Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), by and through their respective undersigned counsel, hereby stipulate that Western shall have up to and including November 19, 2018, to provide a letter or electronic mail response to National Union's request that Western consent to the transfer sought in National Union's Request Pursuant to Federal Rule of Civil Procedure 45(f) to Transfer Motion to Compel; Alternatively, Motion to Compel Discovery from the Western Asbestos Settlement Trust ("Request to Transfer"), filed on October 22, 2018 (ECF No. 1). Western's response to the Request to Transfer is presently due to be filed on November 5, 2018. In the event Western does not consent to the transfer requested in the Request to Transfer by November 19, 2018, Western and National Union shall thereafter reach an agreed upon date by which Western must file with this Court its response to the Request to Transfer.

The parties enter into this stipulation in good faith and not for the purposes of delay. Western requires additional time to reach a decision regarding National Union's Request to

14373423

Transfer, which will be made at its Trustee's meeting to be held on November 15th and 16th, 2018. There has been no previous request for an extension of time for Western to file and serve its response to the Request to Transfer.

DATED: November 2, 2018.

**FENNEMORE CRAIG, P.C.**

By: /s/ Leslie Bryan Hart
Leslie Bryan Hart, Esq. (SBN 4932)
Veronica A. Peterson, Esq. (SBN 13841)
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228
lhart@fclaw.com; vpeterson@fclaw.com

*Attorneys Subpoenaed Non-Party Western Asbestos Settlement Trust*

**MENDES & MOUNT, LLP**

By: /s/ Ralph James Bradford III
Ralph James Bradford III, Esq.*
750 Seventh Avenue
New York, NY 10019
Tel: 212-261-8000
James.bradford@mendes.com
*Admitted *Pro Hac Vice*

**HARTMAN & HARTMAN, PC**
Jeffrey L. Hartman, Esq. (SBN 1607)
510 W. Plumb Lane, Suite B
Reno, NV 89509
Tel: 775-324-2800
jlh@bankruptcyreno.com

**DAVID CHRISTIAN ATTORNEYS LLC**
David Christian, Esq.
Michael Lotus, Esq.
105 W. Madison St., Suite 1400
Chicago, IL 60602
dchristian@dca.law; mlotus@dca.law

*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11/5/2018

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

14373423

2